MOSES FIURES # 117329
Name and Prisoner/Booking Number

HIGH DESERT STATE PRISON
Place of Confinement

P.O. BOX 650
Mailing Address

INDIAN SPRINGS, NV 89070
City, State, Zip Code

RECEIVED
MAR 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

FILED
MAR 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MOSES FIURES
(Full Name of Plaintiff)
Plaintiff,

v.

(1) RED ROBIN
(Full Name of Defendant)
(2) _____
(3) _____
(4) _____
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1: 17 CV - 00396 LJO SKO
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: USC 1331 FEDERAL QUESTION

2. Institution/city where violation occurred: VISALIA, CA 93277

Revised 3/15/2016

1

### B. DEFENDANTS

1. Name of first Defendant: _RED ROBIN_____. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

2. Name of second Defendant: _INVEST PO'_____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

### C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _FLORES_____ v. _CHILIS BAR AND GRILL_
      2. Court and case number: _US DISTRICT COURT # 1:13-CV-1783-DAD-ZPG_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _DISMISSED_

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>EQUAL PAY COMPENSATION ACT</u>

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>EQUAL PAY COMPENSATION</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I WAS EMPLOYED AT RED ROBIN AS A LINE COOK FOR APPROX. 6 mos. DURING THIS 6 month PERIOD I QUICKLY EXCELLED AT LEARNING BOTH STATIONS THAT THIS KITCHEN MAINTAINED. NOW TO BE BRIEF AS POSSIBLE I WAS ASKING IF NOT DEMANDING THAT EQUAL PAY BE GRANTED TO ME NOT ONLY DUE TO THE FACT THAT I HAD BEEN "CROSS-TRAINED" IN ORDER TO BETTER SERVE MY EMPLOYER BUT MORE IMPORTANTLY THE FACT THAT A FEMALE EMPLOYEE HAD JUST VOLUNTARILY RESIGNED. I WAS "CROSS-TRAINED" IN ORDER TO TAKE HER POSITION. I WAS NOT GRANTED THE RAISE I WAS WELL DESERVING OF NOR WERE MY HOURS INCREASED TO EQUAL THAT OF THE FEMALE EMPLOYEE WHO JUST QUIT.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I WAS NOT INJURED PER SE. HOWEVER, DUE TO AN ONGOING HOSTILE WORK ENVIORNMENT THAT I WAS ENDURING I IMMEDIATELY RESIGNED IN ORDER TO MAINTAIN AND UPHOLD MY OWN MENTAL STABILITY.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I DID NOT KNOW IF THERE WAS AN APPEAL LEVEL, AS I PLEAD MY CASE FIRST TO MY IMMEDIATE SUPERVISOR THEN TO MY G.M. BOTH DENIED MY CLAIM.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

THE RELIEF I AM SEEKING IS THAT MY EMPLOYMENT BE RE-INSTATED AT THE NEW RATE OF PAY EQUAL TO THAT OF ALL OTHER EMPLOYEES AND THAT BACK-PAY BE ISSUED TO ME FOR THE DURATION THAT I WAS EMPLOYED.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2017
DATE

*[signature]*
SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.