# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES FLORES,<br><br>        Plaintiff,<br><br>    v.<br><br>RED ROBIN,<br><br>        Defendant. / | Case No. 1:17-cv-00396-LJO-SKO<br><br>**ORDER (1) GRANTING IN PART PLAINTIFF'S MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT AND (2) DIRECTING CLERK OF COURT TO SEND PLAINTIFF COPY OF SCREENING ORDER**<br><br>**(Doc. 14)** |

Plaintiff Moses Flores ("Plaintiff"), a prisoner proceeding *pro se* and *in forma pauperis*, commenced this action against Defendant Red Robin ("Defendant") pursuant to the Equal Pay Act ("EPA"), 29 U.S.C. § 206 *et seq.* (Doc. 1.) On April 24, 2017, the undersigned dismissed Plaintiff's complaint, but granted Plaintiff leave to file an amended complaint. (Doc. 3.) On June 29, 2017, Plaintiff filed an amended complaint. (Doc. 9.)

On November 28, 2017, the undersigned issued findings and recommendations that Plaintiff's amended complaint be dismissed, without leave to amend, for failure to state a cognizable federal claim. (Doc. 10.) On January 18, 2018, the assigned district court judge adopted the findings and recommendations in part, "agree[ing] . . . that the currently operative complaint fails to state a claim," but concluded that one final opportunity to amend was warranted. (Doc. 11 at 2.) The assigned district judge found, in particular, that the amended complaint alleged facts suggesting the possible existence of viable causes of action for retaliation under Title VII of the Civil Rights Act of 1964 and the Equal Pay Act. (*Id.* at 2-3.) The assigned district court judge ordered Plaintiff to file a second amended complaint, if any, within thirty days of the

date of the order. (*Id.* at 4.) Plaintiff failed to file a second amended complaint.

On March 1, 2018, the undersigned issued an Order to Show Cause ("OSC") requiring Plaintiff to file a statement showing cause why the undersigned should not recommend to the assigned district court judge that the action be dismissed for Plaintiff's failure to comply with the undersigned's January 18, 2018 Order. (Doc. 12.) In the OSC, the undersigned cautioned Plaintiff that if he failed to file his statement within 14 days from the date of the OSC, it would be recommended that the action be dismissed in its entirety. (*Id.*) Plaintiff failed to file a response to the OSC within the time limit.

On March 28, 2018, the undersigned issued findings and recommendations that Plaintiff's amended complaint be dismissed with prejudice for failing to comply with the Court's orders. (Doc. 13.) Plaintiff was served with the findings and recommendations by mail and was granted 14 days in which to file objections to the findings and recommendations. (*Id.*)

On April 16, 2018, Plaintiff filed a response to the Court's OSC, which is currently before the Court. (Doc. 14.) In his response, Plaintiff requests an extension of 180 days to file a second amended complaint on the ground that he "is unable to access the law library at the [prison] in order to do extensive research in order to understand and comprehend the court's terminology." (*Id.* at 1.)

While good cause exists to grant Plaintiff an extension of time in which to file his second amended complaint, the Court finds that an extension of 180 days is excessive. Plaintiff's second amended complaint must contain "a *short* and *plain* statement of the claim showing that the pleader is entitled to relief . . . ." Fed. R. Civ. P. 8(a)(2) (emphasis added). Furthermore, as set forth in the assigned district court judge's January 18, 2018 Order, Plaintiff must "allege[] enough facts to state a claim" of retaliation under either Title VII of the Civil Rights Act of 1964 ("Title VII") or the EPA. Doc. 11 at 2.)

Given the clear standards set forth in the January 18, 2018 Order by which Plaintiff's second amended complaint will be evaluated—a copy of which is being provided along with this order—the Court finds that an additional 60-day extension is sufficient to permit Plaintiff adequate time to conduct legal research and marshal facts to attempt to state a cognizable claim of

retaliation under either Title VII or the EPA.  Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted sixty (60) days from the date of this Order in which to file his second amended complaint; and
2. The Clerk of Court shall send Plaintiff a copy of the Court's Order Adopting in Part entered January 18, 2018 (Doc. 11).

IT IS SO ORDERED.

Dated: __**April 18, 2018**__                         /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE